UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FOUNDATION RESOLUTION CORP., et al.,

                    Plaintiffs,

       vs.

AON HEWITT INVESTMENT CONSULTING, INC. et al.,

                    Defendants.

Case No. 5:18-cv-458-Oc-30PRL

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 2.03, Defendant Aon Hewitt Investment Consulting, Inc. ("AHIC"), by and through its attorneys, hereby moves to withdraw the appearance of Caroline L. Meneau of Jenner & Block LLP ("Jenner & Block"). Ms. Meneau and Jenner & Block no longer represent AHIC in this matter. AHIC will continue to be represented by its lead counsel Craig C. Martin, Matthew J. Thomas, and Amanda S. Amert, of Willkie Farr & Gallagher LLP, as well as by Paul M. Sisco of The Law Office of Paul M. Sisco. Counsel for Plaintiffs have been notified of Ms. Meneau's intent to withdraw as counsel, and they indicated that Plaintiffs do not object to or oppose this motion. Appropriate notice has also been provided to AHIC, and it does not object to or oppose this motion.

WHEREFORE, Defendant AHIC respectfully requests that this Court grant the foregoing motion for leave to withdraw appearance.

Dated: April 27, 2020

_/s/ Craig C. Martin_
Craig C. Martin
Matthew J. Thomas
Amanda S. Amert
Willkie Farr & Gallagher LLP
300 N. LaSalle
Chicago, IL 60654
Tel. 312-728-9000
cmartin@willkie.com
mthomas@willkie.com
aamert@willkie.com

Caroline L. Meneau
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel. 312-840-410
cmeneau@jenner.com

Respectfully submitted,

Paul M. Sisco
The Law Office of Paul M. Sisco
201 E. Kennedy Blvd., Suite 412
Tampa, Florida 33602
Tel. 813-225-1988
psisco@paulsiscolaw.com

_Attorneys for Defendant Aon Hewitt_
_Investment Consulting, Inc._

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on this 27th day of April, 2020, he caused to be served a true and correct copy of the foregoing Unopposed Motion For Leave To Withdraw Appearance upon all counsel of record via the electronic case filing system.

*<u>/s/ Craig C. Martin</u>*