### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**FOUNDATION RESOLUTION CORP.**
**and FOUNDATION RESOLUTION**
**CORP. PENSION COMMITTEE,**

     **Plaintiffs,**

**v.**                                   **Case No: 5:18-cv-458-Oc-30PRL**

**AON HEWITT INVESTMENT**
**CONSULTING, INC. and ALIGHT**
**SOLUTIONS, LLC,**

     **Defendants.**

_____

### ORDER

The parties have filed various motions for summary judgment (Docs. 120, 122, 131) and to exclude expert reports and testimony (Docs. 118, 119), all of which have been referred to the undersigned for preparation of a report and recommendation. (Doc. 132). Defendants have filed an unopposed motion for oral argument as to the pending motions. (Doc. 144). They request that the argument be conducted via Zoom and that the Court reserve 3.0 hours: 1.5 hours for Plaintiffs, 1.0 hour for AHIC, and 30 minutes for Alight. Upon due consideration, Defendants' unopposed motion (Doc. 144) is **GRANTED**. The Court will hear oral argument on the pending motions at **9:00 a.m. on February 10, 2021.** Counsel will receive the zoom invite via email.

In addition, with respect to the motions to exclude experts, Defendant AHIC seeks leave to file a 5-page reply to each of Plaintiffs' responses. (Doc. 152). Upon due consideration, Defendant's motion (Doc. 152) is **GRANTED.** Defendant AHIC may file a five-page reply to each of Plaintiffs' responses (Docs. 149, 150) by **January 22, 2021** and Plaintiffs may file a five-

page sur-reply to each of the replies by **February 5, 2021**. No extensions will be granted because the Court needs time to review all filings prior to oral argument.

Finally, more than three weeks after Defendants filed their respective motions for summary judgment (Docs. 120, 122) and Defendant AHIC filed its motions to exclude experts (Docs. 118 and 119), Defendant Alight filed a notice of its joinder in Defendant AHIC's motions to exclude experts, and in certain arguments raised in Defendant AHIC's motion for summary judgment. (Doc. 147). Plaintiffs filed an opposition to the notice of joinder (Doc. 151) and Defendant Alight now seeks leave to file a reply to the opposition. (Doc. 153). Because it would be helpful for the Court's resolution of the matter, the motion (Doc. 153) is **GRANTED**. Defendant Alight may file a **7-page reply** to Plaintiffs' opposition by **January 22, 2021**. The parties should be prepared to address this issue at oral argument.

**DONE** and **ORDERED** in Ocala, Florida on January 8, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties