# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**FOUNDATION RESOLUTION CORP.
and FOUNDATION RESOLUTION
CORP. PENSION COMMITTEE,**

    Plaintiffs,

v.                                                       **Case No: 5:18-cv-458-Oc-30PRL**

**AON HEWITT INVESTMENT
CONSULTING, INC. and ALIGHT
SOLUTIONS, LLC,**

    Defendants.

## ORDER

Defendant Aon Hewitt Investment Consulting, Inc. ("AHIC") seeks leave to file a reply memorandum in support of its motion for summary judgment. (Doc. 168). Upon due consideration, Defendant AHIC's motion (Doc. 168) is **GRANTED**. AHIC may file a reply limited to **7 pages** by **January 22, 2021**; and Plaintiffs may file a sur-reply limited to **7 pages** by **February 1, 2021**.

**DONE** and **ORDERED** in Ocala, Florida on January 12, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties