UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FOUNDATION RESOLUTION CORP.
and FOUNDATION RESOLUTION
CORP. PENSION COMMITTEE,**

    Plaintiffs,

v.                                           **Case No: 5:18-cv-458-Oc-30PRL**

**AON HEWITT INVESTMENT
CONSULTING, INC. and ALIGHT
SOLUTIONS, LLC,**

    Defendants.

## ORDER

Defendant Alight Solutions, LLC seeks leave to file a reply memorandum in support of its motion for summary judgment. (Doc. 170). Upon due consideration, Defendant Alight's motion (Doc. 170) is **GRANTED**. Alight may file a reply limited to **7 pages** by **January 25, 2021**; and Plaintiffs may file a sur-reply limited to **7 pages** by **February 3, 2021.**

**DONE** and **ORDERED** in Ocala, Florida on January 13, 2021.

_PHILIP R. LAMMENS_
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties