UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FOUNDATION RESOLUTION CORP.
and FOUNDATION RESOLUTION
CORP. PENSION COMMITTEE,

    Plaintiffs,

v.                                      Case No: 5:18-cv-458-Oc-30PRL

AON HEWITT INVESTMENT
CONSULTING, INC. and ALIGHT
SOLUTIONS, LLC,

    Defendants.

## ORDER

In efforts to prepare for the upcoming hearing, the Court has spent considerable time sorting through the docket and the voluminous record. Plaintiffs have repeatedly filed notices of filing exhibits, and then amended notices; they have advised that documents have been filed under seal, but then they have not been submitted to the Court.

By way of example, Plaintiffs filed a notice of filing exhibits in support of their motion for partial summary judgment. (Doc. 130) Of the 64 exhibits filed, 56 were a one-page document simply stating, "This document has been marked as confidential by Defendant AHIC and may be subject to a Motion to File Under Seal." (Doc. 130). AHIC filed a motion to seal twelve of Plaintiff's exhibit (Doc. 137) which was granted. (Doc. 138). Plaintiffs then filed an amended notice of filing exhibits (Doc. 140)—which included many documents previously not provided and identified twelve exhibits that had been filed under seal (Exhibits 8, 10, 13, 22, 27, 40, 41, 48, 54, 55, 56, 57). The Court has not received any of these sealed documents.

- 2 -

Likewise, in response to AHIC's motion for summary judgment, Plaintiffs filed a notice of filing 67 exhibits, the majority of which were the one-page document discussed above. (Doc. 160). Now, AHIC has filed an unopposed motion asking the Court to seal nineteen of the exhibits upon which Plaintiff's rely. (Doc. 184). The Court will GRANT this motion (Doc. 184).

In efforts to clean up the docket and make it easier for review, Plaintiffs shall submit to the Court within **five days** of this Order a notice advising where each document upon which they rely related to the pending motions for summary judgment and motions to exclude expert testimony is located in the record; and confirm that documents that were supposed to be filed under seal have been submitted to the Court for review.

**DONE** and **ORDERED** in Ocala, Florida on February 3, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties