UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FOUNDATION RESOLUTION CORP.
and FOUNDATION RESOLUTION
CORP. PENSION COMMITTEE,

    Plaintiffs,

v.                                                                         Case No: 5:18-cv-458-Oc-30PRL

AON HEWITT INVESTMENT
CONSULTING, INC. and ALIGHT
SOLUTIONS, LLC,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 214), Defendants Alight Solutions, LLC's ("Alight") and Aon Hewitt Investment Consulting, Inc.'s ("AHIC") Objections (Dkts. 222 and 223), and Plaintiffs' Responses (Dkts. 235 and 236).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Defendants' Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 214) of the magistrate judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. AHIC's motions to exclude the expert reports of testimony of D. Patrick McDonald (Dkt. 118) and Dr. Kent Smetters (Dkt. 119) are DENIED.

3. Plaintiffs' motion for partial summary judgment as to AHIC (Dkt. 131) is GRANTED. AHIC had fiduciary status with respect to its management and investment of Plan assets at issue in Count I of the Amended Complaint.

4. AHIC's motion for summary judgment (Dkt. 122) is DENIED.

5. Alight's motion for summary judgment (Dkt. 120) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of April , 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record