UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FOUNDATION RESOLUTION CORP.
and FOUNDATION RESOLUTION
CORP. PENSION COMMITTEE,

    Plaintiffs,

v.                                           Case No: 5:18-cv-458-JSM-PRL

AON HEWITT INVESTMENT
CONSULTING, INC. and ALIGHT
SOLUTIONS, LLC,

    Defendants.
_____

## ORDER

THIS CAUSE came before the Court for a bench trial on April 12, 2021. Plaintiffs Foundation Resolution Corp. and Foundation Resolution Corp. Pension Committee on behalf of the Citrus Memorial Health Foundation, Inc. Pension Plan filed suit against Defendants Aon Hewitt Investment Consulting, Inc., f/k/a Hewitt EnnisKnupp, Inc. ("AHIC") and Alight Solutions LLC, f/k/a Hewitt Associates, LLC ("Alight" and, together with AHIC, collectively, "Aon"). Plaintiffs brought this action of alleged investment breach of fiduciary duty under the Employee Retirement Income Security Act of 1974 ("ERISA"). Plaintiffs also brought claims for breach of contract and professional malpractice against Alight.

On April 22, 2021, after hearing the testimony of witnesses and reviewing the evidence, verdict is rendered in favor of Defendants because the Court finds they acted

prudently and reasonably in administrating, investing, and terminating the pension plan. Additionally, the Court finds Alight is entitled to judgment in its favor as a matter of law because the portion of the business it purchased from Hewitt Associates, LLC, did not perform any portion of the contract with Plaintiffs and did not inherit any associated liability.  Consistent with the Court's ruling, it is therefore **ORDERED AND ADJUDGED** that:

    1.    The Clerk is directed to enter judgment in favor of Defendants Aon Hewitt Investment Consulting, Inc. and Alight Solutions, LLC, and against Plaintiffs Foundation Resolution Corp. and Foundation Resolution Corp. Pension Committee.

    2.    The Clerk is directed to close the case and terminate all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of April, 2021.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record